United States District Court
Southern District of Texas
**ENTERED**
June 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARREN TRAMELL HUGHES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-03603 |
| | § | |
| ED GONZALEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Plaintiff Darren Tramell Hughes (SPN 01835303) filed this civil action under 42 U.S.C. § 1983 while in custody of the Harris County Jail. Doc. No. 1. He has not paid the $405.00 filing fee and seeks to proceed *in forma pauperis*. Doc. No. 2. After reviewing the pleadings and relevant court records, the Court concludes that this case must be dismissed for the reasons set forth below.

## I.    DISCUSSION

Under the "three strikes" provision in 28 U.S.C. § 1915(g), a prisoner is not allowed to bring a civil action *in forma pauperis* in federal court if, while incarcerated, three or more of his civil actions or appeals were dismissed as frivolous, malicious, or for failure to state a claim for which relief may be granted, unless he is in "imminent danger of serious physical injury." *Id.* Once a prisoner has accumulated three qualifying dismissals or strikes for purposes of § 1915(g), he may not proceed without prepayment of the filing fee

1 / 3

unless he fits within the imminent-danger exception at the time his complaint is filed. *See Baños v. O'Guin*, 144 F.3d 883, 885 (5th Cir. 1998).

Plaintiff is a "three strikes" inmate who is barred from proceeding *in forma pauperis* pursuant to section 1915(g). *See, e.g., Hughes v. Apple, Inc.*, Civil Action No. 4:20-cv-2569 (S.D. Tex. Aug. 25, 2020) (dismissing case for failure to state a claim); *Hughes v. Harris County Sheriff's Office, et al.*, Civil Action No. 4:20-cv-2587 (S.D. Tex. Oct. 7, 2020) (dismissing case for failure to state a claim); *Hughes v. Martinez*, Civil Action No. 4:23-cv-4478 (S.D. Tex. Sept. 3, 2023) (dismissing case for failure to state a claim). The pleadings in this case do not show that the plaintiff is under imminent danger of serious physical injury or that he fits within the exception found in 28 U.S.C. § 1915(g). Because the plaintiff is not eligible to proceed *in forma pauperis*, the Court will dismiss the complaint without prejudice as barred by § 1915(g).

## II.   **ORDER**

Based on the foregoing, the Court **ORDERS** as follows:

1. This case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

2. Plaintiff's pending motion to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**.

3. Plaintiff may move to reopen this case only if he pays the filing fee of $405.00 within thirty days of the date of this Order.

4.      All other pending motions, if any, are **DENIED** as **MOOT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this ___2⁴ᵗʰ___ day of June 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE